IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEETON JAHWANZA THOMAS | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | No. 5:20-cv-01371-JDW |
| | : | |
| v. | : | **THIS IS A CAPITAL CASE** |
| | : | |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; STEVEN GLUNT, Superintendent of the State Correctional Institution at Rockview, | : | **Hon. Joshua D. Wolson** <br> **United States District Judge** |
| | : | |
| Respondents. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated April 24, 2024, the parties hereby provide a status update. Petitioner's *Amended Petition for Writ of Habeas Corpus Relief Pursuant to Article I, Section 14 of the Pennsylvania Constitution and for Statutory Post-Conviction Relief Under Act 42 Pa. C.S. § 9541, et seq.*, was filed in the Lancaster County Court of Common Pleas (CCP) on December 15, 2023. Petitioner's motion for discovery was granted in part and denied in part by the CCP on February 24, 2025. On April 2, 2025, the CCP granted the Commonwealth's *Unopposed Request for Sixty Days for New Counsel to Review the File, Pleadings and Record Before Complying with this Court's Discovery Order.*

Respectfully submitted,

| | |
|---|---|
| /s/ Joanne Heisey | /s/ Cari L. Mahler |
| JOANNE HEISEY | CARI L. MAHLER |
| Federal Community Defender Office | Senior Deputy Attorney General |
|     for the Eastern District of | Office of Attorney General |
| Pennsylvania | Criminal Law Division |
| Suite 545 West, The Curtis | Appeals Section |
| 601 Walnut Street | 1000 Madison Avenue, Suite 310 |
| Philadelphia, PA 19106 | Norristown, PA 19403 |
| (215) 928-0520 | Phone: (610) 631-6552 |
| Joanne_Heisey@fd.org | cmahler@attorneygeneral.gov |
| | |
| *Counsel for Petitioner* | *Counsel for Respondents* |

Dated: April 25, 2025

## CERTIFICATE OF SERVICE

    I, Joanne Heisey, hereby certify that on this date I caused a true and correct copy of the foregoing Joint Status Report to be served by the Court's Electronic Case Filing system upon all counsel of record.

                                             /s/ Joanne Heisey
                                             JOANNE HEISEY

Dated: April 25, 2025